# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : CASE NO.: 7:25-CR-02 (WLS-ALS) |
| JOSE GUTIERREZ-GUERRERO, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Previously, the Court noticed Defendant's change of plea hearing for May 29, 2025, in the above-captioned case. An expedited sentencing hearing was also scheduled to take place on that same day. On May 22, 2025, however, the Court received communications, as well as a memorandum, from the United States Probation Office ("USPO") notifying the Court that a recent update in the case warrants a continuance of the proceedings, or at least the sentencing portion of said proceedings. The Court was notified of an issue that became apparent in USPO's preparation of the Presentence Report which involves Defendant's identity, and which may significantly impact the Guidelines sentencing range.

In light of this recent update, the Court agrees with USPO's recommendation and finds that a continuance of the sentencing portion of the upcoming proceedings is necessary to allow the Parties additional time to investigate Defendant's identity. As such, the sentencing hearing currently scheduled for Thursday, May 29, 2025, at 2 P.M. is **CANCELLED**. The Court will, however, proceed with the change of plea hearing at that same time, as previously noticed. Further, the Parties are **ORDERED** to confer and be prepared to inform the Court at the change of plea hearing their views on the extent of time each believes is necessary to conduct the required additional investigation.

**SO ORDERED**, this 23rd day of May 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**